Eric J. Klein [(pro hac vice application to be filed)]
  eklein@velaw.com
**VINSON & ELKINS L.L.P.**
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Telephone: 214.220.7700 / Fax: 214.220.7716

Abigail Lubow (CA SBN: 314396)
  alubow@velaw.com
**VINSON & ELKINS L.L.P.**
555 Mission Street, Suite 2000
San Francisco, CA  94105
Telephone: 415.979.6900 / Fax: 415.651.8786

Bruce L. Ishimatsu (CA SBN 86145)
  bruce@ishimatsulaw.com
**ISHIMATSU LAW GROUP, P.C.**
4712 Admiralty Way, No. 1012
Marina del Rey, CA 90292
Telephone: 310.200.4060 / Fax: 310.496.1540

*Attorneys for Petitioner Japan Display Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of Japan Display Inc., <br><br> Petitioner, <br><br> - To take the discovery of - <br><br> Tianma America, Inc., <br><br> Respondent. | Case No. _____ <br><br> **EX PARTE APPLICATION FOR AN ORDER AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782** |

Petitioner's Application for Order Directing Tianma America, Inc. to Respond to Discovery Requests

Case No. _____

US 7657227v.4

Japan Display Inc. ("JDI") applies to the Court for an order authorizing certain limited discovery pursuant to 28 U.S.C. § 1782 from Tianma America, Inc. ("TMA") for use in patent litigation proceedings in China that JDI filed against Tianma Microelectronics Co. Ltd. ("Tianma"). TMA is a "leading provider of small to medium size display solutions to the Americas, utilizing cutting edge technologies from Tianma Microelectronics and Tianma Japan, Ltd" and is certain to have information related to the accused products at issue in the foreign proceeding. *See* Ex. C, About Us, TMA WEBSITE, also available at https://usa.tianma.com/company-services/company-history-roadmap (lasted visited on Dec. 16, 2020). In support of its application, JDI submits a Memorandum of Points and Authorities and attaches the declaration of Huifang Dong, who represents JDI in the foreign proceedings. The proposed order and the subpoena to be served on TMA are also attached to this application as Exhibits A and B, respectively.

JDI further states as follows:

1. Section 1782 provides the procedure by which litigants in foreign proceedings can obtain discovery in the United States to assist in those proceedings. In particular, Section 1782 states:

> The district court of the **district in which a person resides** or is found may order him to give his testimony or statement or to produce a document or other thing **for use in a proceeding in a foreign or international tribunal**, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any **interested person** and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

28 U.S.C. § 1782(a) (emphasis added).

Petitioner's Application for Order Directing Tianma America, Inc. to Respond to Discovery Requests Under 28 U.S.C. § 1782    1    Case No. _____

US 7657227v.4

2. Section 1782 petitions are "regularly reviewed on an *ex parte* basis." *In re Varian Med. Sys. Int'l AG*, Case No. 16-mc-80048-MEJ, 2016 WL 1161568, at *2 (N.D. Cal. Mar. 24, 2016); *see also In re Tenenbaum*, No. MC 18-0143 UA (ASX), 2018 WL 10451506, at *1 (C.D. Cal. Nov. 19, 2018), *modified*, No. MC 18-0143 UA (ASX), 2019 WL 7997234 (C.D. Cal. July 11, 2019) ("An *ex parte* application is an acceptable method for seeking § 1782 discovery"). "[S]uch *ex parte* applications are typically justified by the fact that the parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it." *In re Ambercroft Trading Ltd.*, No. 18-MC-80074-KAW, 2018 WL 2867744, at *3 (N.D. Cal. June 11, 2018) (internal quotes omitted); *see also In re Letters Rogatory from Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976) (in discussing Section 1782, noting that "Letters Rogatory are customarily received and appropriate action taken with respect thereto ex parte" and stating that "[t]he witnesses can and have raised objections and exercised their due process rights by motions to quash the subpoenas").

3. As explained further in the accompanying memorandum, the threshold requirements of Section 1782 are satisfied because (1) TMA resides in Chino, California, which is located in this district; (2) the discovery sought is for use before the Beijing Intellectual Property Court, which is a proceeding before a foreign tribunal; and (3) JDI, as a litigant in the foreign proceeding, is an interested person.

4. This application also meets the discretionary factors outlined by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247-49 (2004). In particular, as explained further in the accompanying memorandum, TMA is not a party in the Chinese Proceedings; the Beijing Intellectual Property

Petitioner's Application for Order Directing Tianma America, Inc. to Respond to Discovery Requests Under 28 U.S.C. § 1782      2      Case No. _____

US 7657227v.4

Court is Receptive to U.S. Judicial Assistance; JDI does not seek to circumvent foreign proof-gather restrictions; and JDI's requests are not unduly burdensome.

5. In order to expedite production, JDI respectfully requests that the Court order (1) TMA to mark its confidential documents as "confidential" or with some other confidential designation (such as "Confidential - Outside Attorneys Eyes Only") by the disclosing party and (2) that disclosure of the confidential document or information shall be limited to each party's outside attorney(s) of record and the employees of such outside attorney(s), until a protective order is issued by the Court.

Thus, JDI respectfully requests that this Court grant this Application for an order authorizing JDI to serve TMA with the subpoena attached as Exhibit B, in accordance with the Proposed Order submitted concurrently herewith as Exhibit A.

Dated:  March 17, 2021                      VINSON & ELKINS L.L.P.

By: */s/ Abigail Lubow*
    Abigail Lubow

VINSON & ELKINS L.L.P.
Abigail Lubow (CA SBN: 314396)
   alubow@velaw.com
555 Mission Street, Suite 2000
San Francisco, CA  94105
Telephone: 415.979.6900
Fax: 415.651.8786

Eric J. Klein (*pro hac vice* application to be filed)
   eklein@velaw.com
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Telephone: 214.220.7700
Fax: 214.220.7716

ISHIMATSU LAW GROUP, P.C.
Bruce L. Ishimatsu (CA SBN 86145)
   bruce@ishimatsulaw.com
4712 Admiralty Way, No. 1012
Marina del Rey, CA 90292

Petitioner's Application for Order Directing Tianma America, Inc. to Respond to Discovery Requests Under 28 U.S.C. § 1782     3     Case No. _____

US 7657227v.4

1  
2  Telephone: 310.200.4060  
   Fax: 310.496.1540  
3  
   *Attorneys for Petitioner*  
4  *Japan Display Inc.*  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Petitioner's Application for Order Directing Tianma America, Inc. to Respond to Discovery Requests Under 28 U.S.C. § 1782    4    Case No. _____

US 7657227v.4