UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:21-mc-00374 CAS (MAAx) | Date:  June 3, 2021 |
| Title  Japan Display, Inc. v. Tianma America, Inc. | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| James Muñoz | Zoom 06/03/21 |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Eric Klein | Erik Raymond Puknys |
| Jeff Swigart | Aidan Skoyles |

**Proceedings:  INFORMAL DISCOVERY CONFERENCE**

Case is called.  Counsel make their appearances.

Before the Court is the parties' first informal discovery conference, which the Court names "IDC 1."  Through IDC 1, Plaintiff Japan Display, Inc. seeks an order compelling Defendant Tianma America, Inc. to comply with a subpoena issued pursuant to 28 U.S.C. § 1782 and Federal Rule of Civil Procedure 45 ("Subpoena").  The parties dispute the scope of the Subpoena, specifically whether the document requests should encompass only the three accused products specifically identified in the four underlying patent lawsuits currently pending before a court in China, as Defendant contends, or whether they should more broadly include the entire category of products represented by the three accused products, as Plaintiff contends.

The Court confers with the parties and the parties are unable to reach an agreement to either resolve the dispute in its entirety or otherwise narrow it.  The Court urges the parties to continue meeting and conferring in a further effort to resolve the dispute based on the guidance provided by the Court during IDC 1.  Nevertheless, should such efforts not be fruitful, the Court **FINDS** that the parties have satisfied their pre-motion meet-and-confer obligations, as stated in Central District of California Local Rule 37 and Judge Audero's Requirements regarding discovery dispute resolution, such that a discovery motion now may be filed by either party.

It is so ordered.

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | JM | |