# EXHIBIT D

## Swigart, Jeff

| | |
|---|---|
| **From:** | Skoyles, Aidan <Aidan.Skoyles@finnegan.com> |
| **Sent:** | Monday, April 19, 2021 10:02 AM |
| **To:** | Swigart, Jeff |
| **Cc:** | Tianma-JDI VE Team; Barney, James |
| **Subject:** | RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc. |

[EXTERNAL]

Jeff,

The protective order looks fine. We have no further edits.

Regarding our response to the subpoena, Tianma America expects to produce documents by the end of the month, and we can arrange for the deposition thereafter to the extent it is necessary.

Regards,
Aidan


**Aidan Skoyles**
Attorney at law
Finnegan LLP
901 New York Ave., NW
Washington, DC 20001
202-408-4000
aidan.skoyles@finnegan.com

---

**From:** Swigart, Jeff <jswigart@velaw.com>
**Sent:** Saturday, April 17, 2021 12:13 PM
**To:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

*EXTERNAL* Email:

Dear Aidan,

As you know, the subpoena requested documents from Tianma America, Inc. by April 16, 2021, and a deposition on April 30, 2021.  Please let us know when we can expect Tianma America to begin producing documents.  We will need time to review the documents prior to the deposition.

Also, can you let us know whether you expect to have any substantive revisions to the protective order?  We need to account for the time difference of our client in Japan for any approvals in consideration of Monday's deadline.

Thank you,
Jeff

1

**From:** Swigart, Jeff <jswigart@velaw.com>
**Date:** Thursday, Apr 15, 2021, 3:28 PM
**To:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>, Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

Aidan,

We revised the Court's model PO mainly to account for use of the documents in China (i.e., the foreign proceedings) and to provide two additional designations with heightened protections for HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and HIGHLY CONFIDENTIAL – SOURCE CODE materials.  To minimize disputes between the parties, these two new designations were drafted so as to mirror the same designations in the protective orders in the Texas cases.

There are likely other differences between the Court's model PO and the POs in the Texas cases, but nothing that we anticipated would be controversial.

Thank you,
Jeff


**From:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>
**Sent:** Thursday, April 15, 2021 1:49 PM
**To:** Swigart, Jeff <jswigart@velaw.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

[EXTERNAL]

Jeff,
Can you let me know whether there are any substantive differences in your proposal from the protective orders in the EDTX cases?

thanks
Aidan


**Aidan Skoyles**
Attorney at law
Finnegan LLP
901 New York Ave., NW
Washington, DC 20001
202-408-4000
aidan.skoyles@finnegan.com


**From:** Swigart, Jeff <jswigart@velaw.com>
**Sent:** Tuesday, April 13, 2021 1:41 PM
**To:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>

**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

**EXTERNAL Email:**

Aidan,

Please see attached. As you may know, Magistrate Judge Audero requires that we start with her model PO, which is why the attached draft is in redline form:

> **Stipulated Protective Orders**: Absent unusual circumstances, the parties shall prepare their protective orders based on the model protective order that is available for download below. When the parties submit a protective order, a redline in Microsoft Word format also shall be provided by email to Chambers at MAA_Chambers@cacd.uscourts.gov(link sends e-mail) showing all differences between the submitted order and model order. If counsel do not make any changes to the model order, a statement so signifying shall be emailed to Chambers, along with the proposed order approving the stipulated protective order. The proposed order shall be submitted in Microsoft Word format with the full text of the stipulated protective order.

Thank you,
Jeff

---

**From:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>
**Sent:** Tuesday, April 13, 2021 12:30 PM
**To:** Swigart, Jeff <jswigart@velaw.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

[EXTERNAL]

Jeff,
We will be representing Tianma America with respect to the § 1782 action. Please circulate a draft PO.

Regards,
Aidan

**Aidan Skoyles**
Attorney at law
Finnegan LLP
901 New York Ave., NW
Washington, DC 20001
202-408-4000
aidan.skoyles@finnegan.com

---

**From:** Swigart, Jeff <jswigart@velaw.com>
**Sent:** Friday, April 9, 2021 1:16 PM

**To:** Skoyles, Aidan <Aidan.Skoyles@finnegan.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

**EXTERNAL Email:**

Aidan,

Will your firm be representing Tianma America in the § 1782 action or do you know what firm will be? The Court has ordered the parties to submit a stipulated protective order by Monday, April 19, so we need to get that process started as soon as possible.

Thank you,
Jeff



**Jeff Swigart**
Associate

E   jswigart@velaw.com      Vinson & Elkins LLP
W   +1.214.220.7811         2001 Ross Avenue
                            Suite 3900
                            Dallas, TX 75201

bio   |   vcard   |   velaw.com

**From:** Swigart, Jeff
**Sent:** Thursday, April 8, 2021 10:48 AM
**To:** 'Skoyles, Aidan' <Aidan.Skoyles@finnegan.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; 'Barney, James' <James.Barney@finnegan.com>
**Subject:** RE: In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

Aidan,

Please see proof of service attached.

Thank you,
Jeff

**From:** Swigart, Jeff
**Sent:** Tuesday, April 6, 2021 1:36 PM
**To:** 'Skoyles, Aidan' <Aidan.Skoyles@finnegan.com>
**Cc:** Tianma-JDI VE Team <Tianma-JDIVETeam@velaw.com>; Barney, James <James.Barney@finnegan.com>
**Subject:** In re: Application Pursuant to 28 U.S.C. 1782 of Japan Display Inc.

Aidan,

Our client Japan Display Inc. filed an application with the Court in the Central District of California requesting discovery from Tianma America, Inc. for use in its patent litigation proceedings in China against Tianma Microelectronics Co.,

Ltd. Today we received the Order from the Court granting that application and authorizing us to serve the attached subpoena on Tianma America, Inc. Will you please let us know by the end of business today whether you will accept service on behalf of Tianma America, Inc.?

If you are not able to accept service, we will use a process server tomorrow to serve this subpoena. The Court has required the parties to submit a stipulated protective order within fourteen days, so time is of the essence.

Thank you,
Jeff

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.